Order Filed on October 24, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Michael E. Blaine, Esq. (ID #018132006)
Attorneys for Creditor, TD Bank, N.A. as successor in interest to Commerce Bank, N.A.

In Re:

    JOANNE M. JACUK,

              Debtor.

Case No.:   16-17561-JNP

Chapter: 13

Hon. Jerrold N. Poslusny, Jr.

# ORDER RESOLVING OBJECTION TO CONFIRMATION

**The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.**

**DATED: October 24, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| |
|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>SCHILLER, KNAPP, LEFKOWITZ<br>& HERTZEL LLP<br>30 Montgomery Street, Suite 1205<br>Jersey City, New Jersey 07302<br>(518) 786-9069<br>Michael E. Blaine, Esq. (ID #018132006)<br>Attorneys for Creditor, TD Bank, N.A. as successor<br>in interest to Commerce Bank, N.A. |
| In Re:<br><br>    JOANNE M. JACUK,<br><br>                Debtor. |

Case No.: 16-17561-JNP

Chapter: 13

Hon. Jerrold N. Poslusny, Jr.

## CONSENT ORDER RESOLVING
## OBJECTION TO CONFIRMATION

WHEREAS, TD Bank, N.A successor in interest to Commerce Bank, N.A. (hereinafter "creditor") filed an Objection to Confirmation; and

WHEREAS, the parties wish to resolve their differences regarding this matter;

NOW THEREFORE, it is ordered that:

1. The debtor acknowledges the pre-petition arrears in the amount of $23,077.69 are owed to Creditor. These arrears shall be repaid at the time of closing sale of 7 Windgate Road, Cherry Hill, NJ outside of the Plan.

2. The debtor shall continue to make their monthly post-petition mortgage payments directly to TD Bank, N.A. and outside the Chapter 13 Plan.

3. The debtor shall file a Motion to Sell by September 1, 2017. In the event the debtor fails to sell the property by September 30, 2017, the credit may submit a certification of default and a Proposed Order for Relief from Automatic Say to the Court and serve a copy of such certification upon the debtor and counsel for

debtor. Five (5) days after receipt of a certification of default, the Court will enter an Order granting the creditor relief from the automatic stay unless the debtor has filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

_____
Michael E. Blaine, Esq.
Attorney for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302

_____  10-13-16
Daniel L. Reinganum, Esq.
Attorney for Debtor
McDowell, Posternock, Appell & Detrick PC
46 West Main Street
Maple Shade, New Jersey 08052