DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Michael E. Blaine, Esq. (ID #018132006)
Attorneys for Creditor, TD Bank, N.A. as successor in
interest to Commerce Bank, N.A.

Order Filed on October 24, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

    JOANNE M. JACUK,

                  Debtor.

Case No.:    16-17561-JNP

Chapter: 13

Hon. Jerrold N. Poslusny, Jr.

## ORDER RESOLVING OBJECTION TO CONFIRMATION

**The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.**

**DATED: October 24, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Michael E. Blaine, Esq. (ID #018132006)
Attorneys for Creditor, TD Bank, N.A. as successor
in interest to Commerce Bank, N.A.

In Re:

JOANNE M. JACUK,

Debtor.

Case No.: 16-17561-JNP

Chapter: 13

Hon. Jerrold N. Poslusny, Jr.

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

WHEREAS, TD Bank, N.A successor in interest to Commerce Bank, N.A. (hereinafter "creditor") filed an Objection to Confirmation; and

WHEREAS, the parties wish to resolve their differences regarding this matter;

NOW THEREFORE, it is ordered that:

1. The debtor acknowledges the pre-petition arrears in the amount of $23,077.69 are owed to Creditor. These arrears shall be repaid at the time of closing sale of 7 Windgate Road, Cherry Hill, NJ outside of the Plan.

2. The debtor shall continue to make their monthly post-petition mortgage payments directly to TD Bank, N.A. and outside the Chapter 13 Plan.

3. The debtor shall file a Motion to Sell by September 1, 2017. In the event the debtor fails to sell the property by September 30, 2017, the credit may submit a certification of default and a Proposed Order for Relief from Automatic Say to the Court and serve a copy of such certification upon the debtor and counsel for

debtor. Five (5) days after receipt of a certification of default, the Court will enter an Order granting the creditor relief from the automatic stay unless the debtor has filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

_____
Michael E. Blaine, Esq.
Attorney for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302

_____ 10-13-16
Daniel L. Reinganum, Esq.
Attorney for Debtor
McDowell, Posternock, Appell &
Detrick PC
46 West Main Street
Maple Shade, New Jersey 08052

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-17561-JNP
JoAnne M. Jacuk                                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1              Date Rcvd: Oct 24, 2016
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2016.
db            +JoAnne M. Jacuk,    7 Windgate Rd.,    Cherry Hill, NJ 08003-1822

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2016 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Daniel L Reinganum    on behalf of Debtor JoAnne M. Jacuk dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Michael E. Blaine    on behalf of Creditor    TD Bank, N.A. successor in interest to Commerce Bank,
               NA mblaine@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
              William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 8