# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−17561−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   JoAnne M. Jacuk
   7 Windgate Rd.
   Cherry Hill, NJ 08003

Social Security No.:
   xxx−xx−6333

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:        12/8/16
Time:        02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Daniel L Reinganum, Debtor's Attorney, period: 1/13/2016 to 10/26/2016

COMMISSION OR FEES
Fee: $7360.00

EXPENSES
$250.70

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 26, 2016
JJW:

                                                                    James J. Waldron
                                                                    Clerk

```
                           United States Bankruptcy Court
                               District of New Jersey
In re:                                                            Case No. 16-17561-JNP
JoAnne M. Jacuk                                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                Page 1 of 2           Date Rcvd: Oct 26, 2016
                              Form ID: 137               Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
db             +JoAnne M. Jacuk,    7 Windgate Rd.,    Cherry Hill, NJ 08003-1822
cr             +PFS Financial 1, LLC,    7990 IH 10 West,    Suite 200,    San Antonio, TX 78230-4786
516128011      +Allied Gastrointestinal Assoc.,    217 White Horse Pike,    Haddon Heights, NJ 08035-1703
516324871       Apex Asset Management, LLC,    Virtua Health System - WJ,    PO Box 5407,
                 Lancaster, PA  17606-5407
516345759       Bank of America, N.A.,    Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
516128012      +Cherry Hill Township,    Attn: Tax Office,    820 Mercer St.,    Cherry Hill, NJ 08002-2638
516128015      +JP Morgan Chase Auto Finance,    PO Box 901032,    Fort Worth, TX 76101-2032
516206635       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
516128016      +Maria Geonnetti,    629 E. Miller Street,    Philadelphia, PA 19125-2721
516346265      +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
516128018      +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
516128017       Pellegrino & Feldstein, LLC,    Denville Law Center,    Denville, NJ 07834
516128019       Primary Care Affiliates of NJ, PA,    PO Box 40,    Somerdale, NJ 08083-0040
516128020      +South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
516128021      +Sprains, Strains & Fractures, LLC,    PO Box 168,    Haddonfield, NJ 08033-0278
516128022       State of New Jersey, Div. of Taxation,    Compliane and Enforcement - Bkcy Unit,
                 50 Barrack Street, 9th Floor,    PO Box 245,    Trenton, NJ 08695-0267
516343857      +US Bank Cust BV Trst 2015-1,    c/o Blue Virgo Capital Managements, LLC,
                 380 Lexington Avenue, Floor 17,    New York, NY 10168-1799
516128024       US Bank, N.A., Custodian,    Custodian for PFS Financial 1, LLC,    7990 1H 10 West, Suite 200,
                 San Antonio, TX 78230
516128025       Virtua Health Voorhees,    PO Box 8500-8267,    Philadelphia, PA 19178-8267
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2016 21:19:54      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 26 2016 21:19:54       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516128013      +E-mail/Text: tgraff@ocnj.us Oct 26 2016 21:19:56       City of Ocean City,    Attn: Tax Office,
                 861 Asbury Ave.,    Ocean City, NJ 08226-3611
516128014      +E-mail/Text: cio.bncmail@irs.gov Oct 26 2016 21:19:51       Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
516207376       E-mail/Text: bk.notifications@jpmchase.com Oct 26 2016 21:19:52       JP Morgan Chase Bank, NA,
                 PO Box 29505,    AZ1-1191,    Phoenix, AZ 85038-9505
516128023      +E-mail/Text: bankruptcy@td.com Oct 26 2016 21:19:55       TD Bank N.A.,    32 Chestnut St,
                 Lewiston, ME 04240-7799
516346678      +E-mail/Text: bankruptcy@td.com Oct 26 2016 21:19:55       TD Bank NA,
                 c/o Schiller Knapp Lefkowitz & Hertzel L,    70 Gray Road,    Falmouth, ME 04105-2299
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Oct 26, 2016
                              Form ID: 137             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2016 at the address(es) listed below:

        Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com, Aholmes@hgllclaw.com
        Daniel L Reinganum    on behalf of Debtor JoAnne M. Jacuk dreinganum@MPADLaw.com, kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Michael E. Blaine    on behalf of Creditor    TD Bank, N.A. successor in interest to Commerce Bank, NA mblaine@schillerknapp.com, tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
        William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
        William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com

        TOTAL: 8