Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−17561−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   JoAnne M. Jacuk
   7 Windgate Rd.
   Cherry Hill, NJ 08003

Social Security No.:
   xxx−xx−6333

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

   Please be advised that on November 1, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 40 − 34
Order Granting Application to Employ Ralph Rizziello as Realtor for Debtor (Related Doc # 34). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/1/2016. (cmf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 1, 2016
JJW: cmf

                                                       James J. Waldron
                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
JoAnne M. Jacuk  
    Debtor

Case No. 16-17561-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 01, 2016  
                 Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2016.  
r            +Ralph Rizziello,   Keller Williams,   123 E. Main Street,   Moorestown, NJ 08057-2921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2016 at the address(es) listed below:

       Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com, Aholmes@hgllclaw.com  
       Daniel L Reinganum    on behalf of Debtor JoAnne M. Jacuk dreinganum@MPADLaw.com, kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Michael E. Blaine    on behalf of Creditor    TD Bank, N.A. successor in interest to Commerce Bank, NA mblaine@schillerknapp.com, tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com  
       William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com  
       William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com  
                                                                      TOTAL: 8