**UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Daniel L. Reinganum, Esquire
McDowell Posternock Apell & Detrick, PC
46 West Main Street
Maple Shade, NJ 08052
856-482-5544
856-482-5511 (fax)
dreinganum@mpadlaw.com

**Order Filed on November 1, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey**

| In Re: | Case No.: | 16-17561 |
|---|---|---|
| Joanne M. Jacuk, | Judge: | JNP |
| Debtor. | Chapter: | 13 |

Recommended Local Form: ☒ Followed ☐ Modified

### ORDER AUTHORIZING
### RETENTION OF  Keller Williams Realty - Ralph Rizziello, Agent

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 1, 2016**

_Honorable Jerrold N. Poslusny, Jr._
United States Bankruptcy Court

In re: JoAnne M. Jacuk

Case No.: 16-17561

Applicant: Debtor

(check all that apply) ☐ Trustee: ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☒ Debtor: ☐ Chap. 11    ☒ Chap. 13

☐ Official Committee of _____

Name of Professional: Ralph Rizziello, Agent

Address of Professional: Keller Williams Realty

123 E. Main St.

Moorestown, NJ 08057

☐ Attorney for (check all that apply):

☐ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☒ Other Professional:

☒ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
JoAnne M. Jacuk  
    Debtor

Case No. 16-17561-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 01, 2016  
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2016.  
db         +JoAnne M. Jacuk,   7 Windgate Rd.,   Cherry Hill, NJ 08003-1822

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2016 at the address(es) listed below:

        Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com, Aholmes@hgllclaw.com  
        Daniel L Reinganum    on behalf of Debtor JoAnne M. Jacuk dreinganum@MPADLaw.com, kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Michael E. Blaine    on behalf of Creditor    TD Bank, N.A. successor in interest to Commerce Bank, NA mblaine@schillerknapp.com, tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com  
        William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com  
        William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com  
                                                                                                                                                                                                                                                                                                   TOTAL: 8