UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2016-0829

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on November 9,
2016 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

    JoAnne M. Jacuk

Case No.: 16-17561-JNP

Hearing Date: 10/05/2016

Judge: Honorable Jerrold N. Poslusny, Jr.

Chapter: 13

## CONSENT ORDER PROVIDING FOR SURRENDER OF REAL ESTATE, VACATING STAY AND ALLOWING PROSPECTIVE IN REM RELIEF

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby **ORDERED**.

**DATED: November 9, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: JoAnne M. Jacuk
Case No.: 16-17561-JNP
Caption of Order: CONSENT ORDER PROVIDING FOR SURRENDER OF REAL ESTATE, VACATING STAY AND ALLOWING PROSPECTIVE IN REM RELIEF

Upon the application of Powers Kirn, LLC, attorneys for Bank of America, N.A., debtor(s)' mortgagee, for an order surrendering real property to the secured creditor and allowing relief from the automatic stay and in-rem prospective relief, and it appearing that the parties consent hereto and for cause shown, it is

**ORDERED** as follows:

1. The real property know as 7704 Aspen Street, Hamilton Township, New Jersey, 08330 is hereby surrendered to the secured creditor, Bank of America, N.A., and the automatic stay is hereby vacated to permit the secured creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue rights in the subject property.

2. The secured creditor, Bank of America, N.A., its successors or assigns, are hereby granted in-rem prospective relief from the automatic stay authorizing said party to proceed against the premises 7704 Aspen Street, Hamilton Township, New Jersey, 08330 without regard for any future bankruptcy filing by the debtor without obtaining further order of this court.

3. That the secured creditor and its successors or assigns may join the debtor and any trustee appointed in this case as defendants in actions(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

4. The secured creditor shall serve this order on the debtor, debtor's counsel and the Standing Chapter 13 Trustee.

The undersigned hereby consent to the form and entry of the foregoing order.

/s/ Daniel L. Reinganum
Daniel L. Reinganum, Esquire
Attorney for JoAnne M. Jacuk


/s/ William M. E. Powers III
William M. E. Powers III
Attorney for Bank of America, N.A.