UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2016-0829

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on November 9,
2016 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

   JoAnne M. Jacuk

Case No.:   16-17561-JNP

Hearing Date: 10/05/2016

Judge:   Honorable Jerrold N. Poslusny, Jr.

Chapter:  13

## CONSENT ORDER PROVIDING FOR SURRENDER OF REAL ESTATE, VACATING STAY AND ALLOWING PROSPECTIVE IN REM RELIEF

The relief set forth on the following pages, numbered two (2) through two (2)     is

hereby **ORDERED**.

**DATED: November 9, 2016**

_____

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2

Debtor: JoAnne M. Jacuk

Case No.: 16-17561-JNP

Caption of Order: CONSENT ORDER PROVIDING FOR SURRENDER OF REAL ESTATE,
VACATING STAY AND ALLOWING PROSPECTIVE IN REM RELIEF

Upon the application of Powers Kirn, LLC, attorneys for Bank of America, N.A., debtor(s)' mortgagee, for an order surrendering real property to the secured creditor and allowing relief from the automatic stay and in-rem prospective relief, and it appearing that the parties consent hereto and for cause shown, it is

**ORDERED** as follows:

1. The real property know as 7704 Aspen Street, Hamilton Township, New Jersey, 08330 is hereby surrendered to the secured creditor, Bank of America, N.A., and the automatic stay is hereby vacated to permit the secured creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue  rights in the subject property.

2. The secured creditor, Bank of America, N.A., its successors or assigns, are hereby granted in-rem prospective relief from the automatic stay authorizing said party to proceed against the premises 7704 Aspen Street, Hamilton Township, New Jersey, 08330 without regard for any future bankruptcy filing by the debtor without obtaining further order of this court.

3. That the secured creditor and its successors or assigns may join the debtor and any trustee appointed in this case as defendants in actions(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

4. The secured creditor shall serve this order on the debtor, debtor's counsel and the Standing Chapter 13 Trustee.


The undersigned hereby consent to the form and entry of the foregoing order.


/s/ Daniel L. Reinganum
Daniel L. Reinganum, Esquire
Attorney for JoAnne M. Jacuk


/s/ William M. E. Powers III
William M. E. Powers III
Attorney for Bank of America, N.A.

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 16-17561-JNP
JoAnne M. Jacuk                                                               Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Nov 09, 2016
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2016.
db              +JoAnne M. Jacuk,    7 Windgate Rd.,    Cherry Hill, NJ 08003-1822

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2016 at the address(es) listed below:
          Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
          Aholmes@hgllclaw.com
          Daniel L Reinganum    on behalf of Debtor JoAnne M. Jacuk dreinganum@MPADLaw.com,
          kgresh@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association
          jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Michael E. Blaine    on behalf of Creditor    TD Bank, N.A. successor in interest to Commerce Bank,
          NA mblaine@schillerknapp.com,
          tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
          William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                               TOTAL: 8