UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Daniel L. Reinganum, Esquire
McDowell Posternock Apell & Detrick, PC
46 West Main Street
Maple Shade, NJ 08052
856-482-5544
856-482-5511 (fax)
dreinganum@mpadlaw.com

_____

In Re:

    JoAnne M. Jacuk,

          Debtor.

**Order Filed on May 11, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 16-17561 |
| Judge: | JNP |
| Chapter: | 13 |

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

**ORDER AUTHORIZING**
**RETENTION OF**  Pat McKenna Realtors - Lisa Carrick, Agent


The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.


**DATED: May 11, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Proposed Order    Page 2 of 3

In re:       JoAnne M. Jacuk _____

Case No.:    16-17561 _____

Applicant:   Debtor _____

(check all that apply) ☐ Trustee:  ☐ Chap. 7        ☐ Chap. 11        ☐ Chap. 13.

☑ Debtor:  ☐ Chap. 11        ☑ Chap. 13

☐ Official Committee of _____

Name of Professional:       Lisa A. Carrick _____

Address of Professional:    Pat McKenna Realtors _____

63 E. Main St. _____

Marlton, NJ 08053 _____

_____

☐ Attorney for (check all that apply):

☐ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☑ Other Professional:

☑ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer

☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    The applicant is authorized to retain the above party in the professional capacity
      noted.

2

2.      Compensation shall be paid in such amounts as may be allowed by the Court

        upon proper application(s) therefor.

3.      The effective date of the retention is the date the application was filed with the

        Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:
JoAnne M. Jacuk
      Debtor

Case No. 16-17561-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: May 11, 2017
               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2017.
db            +JoAnne M. Jacuk,   7 Windgate Rd.,   Cherry Hill, NJ 08003-1822

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2017 at the address(es) listed below:
      Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
     Aholmes@hgllclaw.com
      Daniel L Reinganum    on behalf of Debtor JoAnne M. Jacuk dreinganum@MPADLaw.com,
     kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com
      Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
     summarymail@standingtrustee.com
      Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association
     jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Michael E. Blaine    on behalf of Creditor    TD Bank, N.A. successor in interest to Commerce Bank,
     NA mblaine@schillerknapp.com,  tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com
      William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                     TOTAL: 9