UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: __16-17561__ |
| Joanne M. Jacuk | Chapter: __13__ |
| | Judge: __Poslusny__ |

### NOTICE OF PROPOSED PRIVATE SALE

_____Joanne M. Jacuk_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  US Post Office and Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __November 7, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, __400 Cooper Street 4th Floor, Camden, NJ 08101__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  7 Windgate Road,
Cherry Hill, NJ 08003

Proposed Purchaser:  William Santos

Sale price:  $257,000 ($263,000 minus seller credit of $6,000)

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Lisa Carrick
Amount to be paid:  $15,420
Services rendered:  Marketed property for sale and obtained a purchaser

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:       Daniel L. Reinganum, Esq.

Address:    46 W. Main Street, Maple Shade, NJ 08052

Telephone No.: 856-482-5544

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-17561-JNP
JoAnne M. Jacuk                                                         Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Oct 06, 2017
                              Form ID: pdf905          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2017.
```
db          +JoAnne M. Jacuk,    7 Windgate Rd.,    Cherry Hill, NJ 08003-1822
r           +Lisa A. Carrick,    Pat McKenna Realtors,    63 E. Main Street,    Marlton, NJ 08053-2138
cr          +PFS Financial 1, LLC,    7990 IH 10 West,    Suite 200,    San Antonio, TX 78230-4786
r           +Ralph Rizziello,    Keller Williams,    123 E. Main Street,    Moorestown, NJ 08057-2921
516128011   +Allied Gastrointestinal Assoc.,    217 White Horse Pike,    Haddon Heights, NJ 08035-1703
516324871    Apex Asset Management, LLC,    Virtua Health System - WJ,    PO Box 5407,
              Lancaster, PA 17606-5407
516345759    Bank of America, N.A.,    Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
516128012   +Cherry Hill Township,    Attn: Tax Office,    820 Mercer St.,    Cherry Hill, NJ 08002-2638
516128015   +JP Morgan Chase Auto Finance,    PO Box 901032,    Fort Worth, TX 76101-2032
516206635    JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
              Ft. Worth, TX 76101-2032
516128016   +Maria Geonnetti,    629 E. Miller Street,    Philadelphia, PA 19125-2721
516346265   +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
              Miamisburg, OH 45342-5421
516128018   +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
516128017    Pellegrino & Feldstein, LLC,    Denville Law Center,    Denville, NJ 07834
516128019    Primary Care Affiliates of NJ, PA,    PO Box 40,    Somerdale, NJ 08083-0040
516128020   +South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
516128021   +Sprains, Strains & Fractures, LLC,    PO Box 168,    Haddonfield, NJ 08033-0278
516128022    State of New Jersey, Div. of Taxation,    Compliane and Enforcement - Bkcy Unit,
              50 Barrack Street, 9th Floor,    PO Box 245,    Trenton, NJ 08695-0267
516343857   +US Bank Cust BV Trst 2015-1,    c/o Blue Virgo Capital Managements, LLC,
              380 Lexington Avenue, Floor 17,    New York, NY 10168-1799
516128024    US Bank, N.A., Custodian,    Custodian for PFS Financial 1, LLC,    7990 1H 10 West, Suite 200,
              San Antonio, TX 78230
516128025    Virtua Health Voorhees,    PO Box 8500-8267,    Philadelphia, PA 19178-8267
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 06 2017 22:10:54     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 06 2017 22:10:53     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516128013   +E-mail/Text: tgraff@ocnj.us Oct 06 2017 22:11:09     City of Ocean City,    Attn: Tax Office,
              861 Asbury Ave.,    Ocean City, NJ 08226-3611
516128014   +E-mail/Text: cio.bncmail@irs.gov Oct 06 2017 22:10:47     Internal Revenue Service,
              Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
516207376    E-mail/Text: bk.notifications@jpmchase.com Oct 06 2017 22:10:51     JP Morgan Chase Bank, NA,
              PO Box 29505,    AZ1-1191,    Phoenix, AZ 85038-9505
516128023   +E-mail/Text: bankruptcy@td.com Oct 06 2017 22:11:00     TD Bank N.A.,    32 Chestnut St,
              Lewiston, ME 04240-7799
516346678   +E-mail/Text: bankruptcy@td.com Oct 06 2017 22:11:00     TD Bank NA,
              c/o Schiller Knapp Lefkowitz & Hertzel L,    70 Gray Road,    Falmouth, ME 04105-2299
                                                                                               TOTAL: 7
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Oct 06, 2017
                              Form ID: pdf905          Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:

        Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com, Aholmes@hgllclaw.com

        Daniel L Reinganum    on behalf of Debtor JoAnne M. Jacuk dreinganum@MPADLaw.com, kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com

        Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com

        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com

        Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com

        Michael E. Blaine    on behalf of Creditor    TD Bank, N.A. successor in interest to Commerce Bank, NA mblaine@schillerknapp.com,    tshariff@schillerknapp.com;kcollins@schillerknapp.com

        William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com

        William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com

        TOTAL: 9