| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **Daniel L. Reinganum, Esq.**<br>McDowell Posternock Apell & Detrick, P.C.<br>46 West Main Street<br>Maple Shade, NJ 08052<br>dreinganum@mpadlaw.com<br>856-482-5544 | Order Filed on October 16, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Joanne Jacuk | Case No.: 16-17561-JNP<br>Chapter: 13<br>Hearing Date:<br>Judge: Poslusny |

## CONSENT ORDER AND CARVE-OUT AGREEMENT REGARDING STATE OF NEW JERSEY SECURED CLAIM

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: October 16, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case 16-17561-JNP    Doc 62-2    Filed 10/06/17    Entered 10/06/17 16:39:49    Desc Main
Proposed Order    Page 2 of 3

Page:             2 of 3
Name of Debtors   Joanne Jacuk
Case No.          16-17561-JNP
Caption of Order  Consent Order and Carve-Out Agreement Regarding State of New Jersey
                  Secured Claim

This Consent Order and Carve-Out Agreement is entered into between Joanne Jacuk (the 'Debtor') and the State of New Jersey, Division of Taxation (the 'State of New Jersey').

WHEREAS,

1. The State of New Jersey has filed proof of claim #4-1, setting forth a secured claim (or in the alternative, a priority claim) in the amount of $121,673.38 (the 'Secured Claim').

2. Whereas the Secured Claim arises out of debts owed by Highgate Steel, Inc., of which the Debtor was a responsible person, and the State of New Jersey has filed a Certificate of Debt under DJ-060542-2007 against the Debtor.

3. Whereas the Debtor and the State of New Jersey wish to compromise the Secured Claim in order to facilitate payment to the State of New Jersey from the sale of the Debtor's residence located at 7 Windgate Drive, Cherry Hill, New Jersey.

THEREFORE, the Debtor and the State of New Jersey have agreed as follows:

4. The State of New Jersey shall accept $45,000 from the sale of 7 Windgate Drive, Cherry Hill, New Jersey in full and complete satisfaction of the Secured Claim.

5. Within thirty (30) days of receipt of the $45,000 payment, the State of New Jersey shall file a warrant to satisfy judgment for DJ-060542-2007.

6. The State of New Jersey grants a carve-out of the remaining balance of the Secured Claim (i.e. $76,673.38) in favor of the Debtor/Chapter 13 Estate.

Page:             3 of 3
Name of Debtors   Joanne Jacuk
Case No.          16-17561-JNP
Caption of Order  Consent Order and Carve-Out Agreement Regarding State of New Jersey Secured Claim

I hereby agree to the form and content of this Consent Order

      McDowell Posternock
      Apell & Detrick, PC

BY:   /s/ Daniel Reinganum_____      Date:   __10/6/2017_____
      Daniel Reinganum, Esq.
      Attorney for Debtor


      State of New Jersey
      Division of Taxation

BY:   /s/ Erica Hamlin_____         Date:   ____10/5/2017_____
      Erica Hamlin
      Investigator