UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Daniel L. Reinganum, Esq.
McDowell Posternock Apell & Detrick, P.C.
46 West Main Street
Maple Shade, NJ 08052
dreinganum@mpadlaw.com
856-482-5544

Order Filed on October 16, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Joanne Jacuk

| | |
|---|---|
| Case No.: | __16-17561-JNP__ |
| Chapter: | __13__ |
| Hearing Date: | _____ |
| Judge: | __Poslusny__ |

**CONSENT ORDER AND CARVE-OUT AGREEMENT REGARDING STATE OF NEW JERSEY SECURED CLAIM**

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: October 16, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page: 2 of 3
Name of Debtors   Joanne Jacuk
Case No.          16-17561-JNP
Caption of Order  Consent Order and Carve-Out Agreement Regarding State of New Jersey Secured Claim

---

This Consent Order and Carve-Out Agreement is entered into between Joanne Jacuk (the 'Debtor') and the State of New Jersey, Division of Taxation (the 'State of New Jersey').

WHEREAS,

1. The State of New Jersey has filed proof of claim #4-1, setting forth a secured claim (or in the alternative, a priority claim) in the amount of $121,673.38 (the 'Secured Claim').

2. Whereas the Secured Claim arises out of debts owed by Highgate Steel, Inc., of which the Debtor was a responsible person, and the State of New Jersey has filed a Certificate of Debt under DJ-060542-2007 against the Debtor.

3. Whereas the Debtor and the State of New Jersey wish to compromise the Secured Claim in order to facilitate payment to the State of New Jersey from the sale of the Debtor's residence located at 7 Windgate Drive, Cherry Hill, New Jersey.

THEREFORE, the Debtor and the State of New Jersey have agreed as follows:

4. The State of New Jersey shall accept $45,000 from the sale of 7 Windgate Drive, Cherry Hill, New Jersey in full and complete satisfaction of the Secured Claim.

5. Within thirty (30) days of receipt of the $45,000 payment, the State of New Jersey shall file a warrant to satisfy judgment for DJ-060542-2007.

6. The State of New Jersey grants a carve-out of the remaining balance of the Secured Claim (i.e. $76,673.38) in favor of the Debtor/Chapter 13 Estate.

Page: 3 of 3
Name of Debtors    Joanne Jacuk
Case No.    16-17561-JNP
Caption of Order    Consent Order and Carve-Out Agreement Regarding State of New Jersey Secured Claim

I hereby agree to the form and content of this Consent Order

McDowell Posternock
Apell & Detrick, PC

BY:    /s/ Daniel Reinganum_____    Date:    __10/6/2017_____
Daniel Reinganum, Esq.
Attorney for Debtor

State of New Jersey
Division of Taxation

BY:    /s/ Erica Hamlin_____    Date:    ____10/5/2017_____
Erica Hamlin
Investigator

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-17561-JNP
JoAnne M. Jacuk                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Oct 16, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2017.
db              +JoAnne M. Jacuk,    7 Windgate Rd.,    Cherry Hill, NJ 08003-1822

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2017 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Daniel L Reinganum    on behalf of Debtor JoAnne M. Jacuk dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcas
               e.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Michael E. Blaine    on behalf of Creditor    TD Bank, N.A. successor in interest to Commerce Bank,
               NA mblaine@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com
              William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 9