| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Daniel L. Reinganum, Esquire<br>McDowell Posternock Apell & Detrick, PC<br>46 West Main Street<br>Maple Shade, NJ 08052<br>856-482-55544 (ph) 856-482-5511 (fax)<br>tegner@mpadlaw.com<br>Attorney for the Debtors | Order Filed on November 20,<br>2017 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |

| | | |
|---|---|---|
| In Re:<br><br>Joanne Jacuk<br>          Debtor. | Case No.:<br>Adv. No.:<br>Hearing Date:<br>Judge: | 16-17561<br><br>12/5/2017<br>JNP |

# ORDER SHORTENING TIME PERIOD
# FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered two (2) and three (3), is hereby ORDERED.

**DATED: November 20, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon consideration of the application of _____Joann Jacuk_____ for notice under Fed. R. Bankr. P. 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 or Fed. R. Bankr. P. 2002 or other rule for notice of hearing on ___Motion to Sell 7 Windgate Road, Cherry Hill___ is hereby shortened as set forth herein.

2. Hearing shall be conducted on the aforesaid motion/application on _____December 5_____, 20 _17_ at __2 p__.m. in the United States Bankruptcy Court _____U.S. Courthouse, 400 Cooper Street, Camden, N.J. 08101_____, Courtroom No. __4C__.

3. True copies of this order, the application for it, and the moving papers shall be served upon _____trustee, all creditors, appropriate local government authority_____ by:

- ❏ fax,
- ☑ overnight mail to gov't authority and secured creditors,
- ❏ email,
- ❏ hand delivery,
- ☑ regular mail for trustee and unsecured creditors,

and within

- ❏ _____ day(s) of the date hereof, or
- ☑ on the same date as the order.

4. Immediate telephone notice of entry of this order shall also be given to said parties.

5.     Any objections to said motion/application:

    ☑     shall be filed and served so as to be received no later than   12/4/2017

    ❏     may be presented at the hearing.

6.   ☑     Court appearances will be required to prosecute said motion/application and any objections.

    ☑     Any objector may appear by telephone at the hearing.

    ❏     The hearing will be held by telephone conference call, to be arranged by the applicant.

*rev.6/1/06.jml*