| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Daniel L. Reinganum, Esquire<br>McDowell Posternock Apell & Detrick, PC<br>46 West Main Street<br>Maple Shade, NJ 08052<br>856-482-55544 (ph) 856-482-5511 (fax)<br>tegner@mpadlaw.com<br>Attorney for the Debtors | Order Filed on November 20, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br><br>Joanne Jacuk<br>Debtor. | Case No.: 16-17561<br>Adv. No.: _____<br>Hearing Date: 12/5/2017<br>Judge: JNP |

# ORDER SHORTENING TIME PERIOD
# FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered two (2) and three (3), is hereby ORDERED.

**DATED: November 20, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon consideration of the application of _____Joann Jacuk_____ for notice under Fed. R. Bankr. P. 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 or Fed. R. Bankr. P. 2002 or other rule for notice of hearing on ___Motion to Sell 7 Windgate Road, Cherry Hill___ is hereby shortened as set forth herein.

2. Hearing shall be conducted on the aforesaid motion/application on _____December 5_____, 20 _17_ at _2 p_ .m. in the United States Bankruptcy Court _____U.S. Courthouse, 400 Cooper Street, Camden, N.J. 08101_____, Courtroom No. _4C_ .

3. True copies of this order, the application for it, and the moving papers shall be served upon _____trustee, all creditors, appropriate local government authority_____ by:

- ❏ fax,
- ☑ overnight mail to gov't authority and secured creditors,
- ❏ email,
- ❏ hand delivery,
- ☑ regular mail for trustee and unsecured creditors,

and within

- ❏ _____ day(s) of the date hereof, or
- ☑ on the same date as the order.

4. Immediate telephone notice of entry of this order shall also be given to said parties.

5. Any objections to said motion/application:

☑ shall be filed and served so as to be received no later than    12/4/2017

❏ may be presented at the hearing.

6. ☑ Court appearances will be required to prosecute said motion/application and any objections.

☑ Any objector may appear by telephone at the hearing.

❏ The hearing will be held by telephone conference call, to be arranged by the applicant.

*rev.6/1/06.jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-17561-JNP
JoAnne M. Jacuk                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin                Page 1 of 1          Date Rcvd: Nov 20, 2017
                             Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.
db             +JoAnne M. Jacuk,    7 Windgate Rd.,    Cherry Hill, NJ 08003-1822

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Daniel L Reinganum    on behalf of Debtor JoAnne M. Jacuk dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association
               jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Michael E. Blaine    on behalf of Creditor    TD Bank, N.A. successor in interest to Commerce Bank,
               NA mblaine@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Richard James Tracy, III    on behalf of Creditor    TD Bank N.A. rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com
              William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                              TOTAL: 11