Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–17561–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   JoAnne M. Jacuk
   7 North Wendover Rd
   Medford, NJ 08055

Social Security No.:
   xxx–xx–6333

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 20, 2017.

On 12/19/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:         February 7, 2018
Time:         10:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 20, 2017
JAN: kvr

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
JoAnne M. Jacuk  
    Debtor

Case No. 16-17561-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Dec 20, 2017  
                             Form ID: 185     Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.

```
db          +JoAnne M. Jacuk,   7 North Wendover Rd,   Medford, NJ 08055-8163
cr          +DITECH FINANCIAL LLC,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
              Mt. Laurel, NJ 08054-3437
r           +Lisa A. Carrick,   Pat McKenna Realtors,   63 E. Main Street,   Marlton, NJ 08053-2138
cr          +PFS Financial 1, LLC,   7990 IH 10 West,   Suite 200,   San Antonio, TX 78230-4786
r           +Ralph Rizziello,   Keller Williams,   123 E. Main Street,   Moorestown, NJ 08057-2921
516128011   +Allied Gastrointestinal Assoc.,   217 White Horse Pike,   Haddon Heights, NJ 08035-1703
516324871    Apex Asset Management, LLC,   Virtua Health System - WJ,   PO Box 5407,
              Lancaster, PA  17606-5407
516345759    Bank of America, N.A.,   Bank of America,   P.O. Box 31785,   Tampa, FL 33631-3785
516128012   +Cherry Hill Township,   Attn: Tax Office,   820 Mercer St.,   Cherry Hill, NJ 08002-2638
516128015   +JP Morgan Chase Auto Finance,   PO Box 901032,   Fort Worth, TX 76101-2032
516206635    JPMorgan Chase Bank, N.A.,   National Bankruptcy Department,   P.O. BOX 901032,
              Ft. Worth, TX 76101-2032
516128016   +Maria Geonnetti,   629 E. Miller Street,   Philadelphia, PA 19125-2721
516346265   +PNC Bank, National Association,   Attn: Bankruptcy,   3232 Newmark Drive,
              Miamisburg, OH 45342-5421
516128018   +PNC Mortgage,   PO Box 8703,   Dayton, OH 45401-8703
516128017    Pellegrino & Feldstein, LLC,   Denville Law Center,   Denville, NJ 07834
516128019    Primary Care Affiliates of NJ, PA,   PO Box 40,   Somerdale, NJ 08083-0040
516128020   +South Jersey Radiology Associates,   PO Box 1710,   Voorhees, NJ 08043-7710
516128021   +Sprains, Strains & Fractures, LLC,   PO Box 168,   Haddonfield, NJ 08033-0278
516128022    State of New Jersey, Div. of Taxation,   Compliane and Enforcement - Bkcy Unit,
              50 Barrack Street, 9th Floor,   PO Box 245,   Trenton, NJ 08695-0267
516343857   +US Bank Cust BV Trst 2015-1,   c/o Blue Virgo Capital Managements, LLC,
              380 Lexington Avenue, Floor 17,   New York, NY 10168-1799
516128024    US Bank, N.A., Custodian,   Custodian for PFS Financial 1, LLC,   7990 1H 10 West, Suite 200,
              San Antonio, TX 78230
516128025    Virtua Health Voorhees,   PO Box 8500-8267,   Philadelphia, PA 19178-8267
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2017 22:39:46     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2017 22:39:43     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516128013   +E-mail/Text: tgraff@ocnj.us Dec 20 2017 22:40:15     City of Ocean City,   Attn: Tax Office,
              861 Asbury Ave.,   Ocean City, NJ 08226-3611
516128014   +E-mail/Text: cio.bncmail@irs.gov Dec 20 2017 22:39:26     Internal Revenue Service,
              Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
516207376    E-mail/Text: bk.notifications@jpmchase.com Dec 20 2017 22:39:37     JP Morgan Chase Bank, NA,
              PO Box 29505,   AZ1-1191,   Phoenix, AZ 85038-9505
516128023    E-mail/Text: bankruptcy@td.com Dec 20 2017 22:39:47     TD Bank N.A.,   32 Chestnut St,
              Lewiston, ME 04240
516346678    E-mail/Text: bankruptcy@td.com Dec 20 2017 22:39:47     TD Bank NA,
              c/o Schiller Knapp Lefkowitz & Hertzel L,   70 Gray Road,   Falmouth, ME 04105
                                                                                             TOTAL: 7
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                                         Signature:   /s/Joseph Speetjens

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Dec 20, 2017
                               Form ID: 185             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:

```
          Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
           Aholmes@hgllclaw.com
          Daniel L Reinganum     on behalf of Debtor JoAnne M. Jacuk dreinganum@MPADLaw.com,
           kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcas
           e.com
          Denise E. Carlon     on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joshua I. Goldman     on behalf of Creditor    PNC Bank, National Association
           jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Michael E. Blaine     on behalf of Creditor    TD Bank, N.A. successor in interest to Commerce Bank,
           NA mblaine@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com
          Nicholas V. Rogers     on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Richard James Tracy, III     on behalf of Creditor    TD Bank N.A. rtracy@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com
          William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 11
```