UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Daniel Reinganum, Esq.
McDowell Posternock Apell & Detrick, PC
46 West Main Street
Maple Shade, NJ 08052
Phone 856-482-5544
Fax 856-482-5511
dreinganum@mpadlaw.com

Order Filed on January 18, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

    JoAnne M. Jacuk,

        Debtor.

Case No.: 16-17561

Chapter: 13

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

   The relief set forth on the following page is **ORDERED**.

**DATED: January 18, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Daniel L. Reinganum_____, the applicant, is allowed a fee of $ _____7,185.00_____ for services rendered and expenses in the amount of $_____402.74_____ for a total of $ 7,587.74  minus overpayment of $2,848 for a net amount of $4,739.74 . The allowance is payable:

☒ $1,739.74 through the Chapter 13 plan as an administrative priority, AND
☒ $3,000.00 outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*

Case 16-17561-JNP Doc 83-2 Filed 11/27/17 Entered 11/27/17 13:54:49 Desc Main
Proposed Order Page 2 of 2

2