| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>790029<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for DITECH FINANCIAL LLC |

**Order Filed on March 6, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| In Re:<br><br>   JOANNE M. JACUK<br><br>   Debtor | Case No.: 16-17561 - JNP<br><br>Hearing Date: 3/6/18 @ 10:00 am<br><br>Judge: JERROLD N. POSLUSNY JR.<br><br>Chapter: 13 |
|---|---|

Recommended Local Form:   ☐ Followed   ☒ Modified

**ORDER VACATING STAY AND CO-DEBTOR STAY**

\_\_\_    The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 6, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of DITECH FINANCIAL LLC, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

110 W COLTON LANE, BUENA VISTA TOWNSHIP, NJ 08310

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further **ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, JEFFREY JACUK, to permit DITECH FINANCIAL LLC to pursue its rights in the real property described above and as to the co-debtor, JEFFREY JACUK.

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*