| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>790029<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for DITECH FINANCIAL LLC | **Order Filed on March 6, 2018 by**<br>**Clerk U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>   JOANNE M. JACUK<br><br>   Debtor | Case No.: 16-17561 - JNP<br><br>Hearing Date: 3/6/18 @ 10:00 am<br><br>Judge: JERROLD N. POSLUSNY JR.<br><br>Chapter: 13 |

Recommended Local Form:  ☐ Followed  ☒ Modified

## ORDER VACATING STAY AND CO-DEBTOR STAY

___    The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 6, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of DITECH FINANCIAL LLC, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

110 W COLTON LANE, BUENA VISTA TOWNSHIP, NJ 08310

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further **ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, JEFFREY JACUK, to permit DITECH FINANCIAL LLC to pursue its rights in the real property described above and as to the co-debtor, JEFFREY JACUK.

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-17561-JNP
JoAnne M. Jacuk                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin            Page 1 of 1              Date Rcvd: Mar 06, 2018
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2018.
db            +JoAnne M. Jacuk,    7 North Wendover Rd,    Medford, NJ 08055-8163

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2018 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com, Aholmes@hgllclaw.com
              Daniel L Reinganum    on behalf of Debtor JoAnne M. Jacuk dreinganum@MPADLaw.com, kgresh@McDowellLegal.com;djamison@McDowellLegal.com;lwood@McDowellLegal.com;cgetz@McDowellLegal.com;mfunk@mcdowelllegal.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    DITECH FINANCIAL LLC james.shay@phelanhallinan.com
              Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Michael E. Blaine    on behalf of Creditor    TD Bank, N.A. successor in interest to Commerce Bank, NA mblaine@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Richard James Tracy, III    on behalf of Creditor    TD Bank N.A. rtracy@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com
              William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 12